

**Entered on Docket
October 08, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Attorneys for Secured Creditor,
U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc.
For Asset-Backed Pass-Through Certificates Series 2006-WMC1
09-75919 /

Electronically Filed on _____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>Sally Sicherman,<br><br>           Debtor. | BK-S-09-21497-bam<br><br>Chapter 13<br><br>**NEGATIVE NOTICE OF STIPULATED ORDER VACATING AUTOMATIC STAY**<br>[No Hearing Unless An Objection Is Set And Noticed By A Party In Interest] |
|---|---|

## STIPULATED ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. For Asset-Backed Pass-Through Certificates Series 2006-WMC1, of the subject property, generally described as 7008 Flowering Willow Street, Las Vegas, Nevada 89148 and legally described as follows:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "1" AND MADE A PART HEREOF.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
Robert Spear, Esq.
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Kathleen Leavitt
Chapter 13 Trustee